# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Mark Swart,

        Plaintiff,

v.

Commissioner of Social Security,

        Defendant.

Case No.: 1:11-cv-28

Judge Michael R. Barrett

## ORDER

This matter is before the Court on the Report and Recommendation ("Report") filed by Magistrate Judge Stephanie K. Bowman on December 2, 2011 (Doc. 10). Proper notice has been given to the parties under Rule 72(b) of the Federal Rules of Civil Procedure, including notice that the parties would waive further appeal if they failed to file objections to the Report in a timely manner. (Doc. 10, 15); *see United States v. Walters*, 638 F.2d 947, 949– 50 (6th Cir. 1981).  No objection has been filed.

Having reviewed this matter de novo, this Court finds the Report to be correct. Accordingly, it is **ORDERED** that the Report is hereby **ADOPTED** in full.  As the Report recommends (Doc. 10, 13), the Commissioner's decision to deny Plaintiff's application for Disability Insurance Benefits and Supplemental Security Income is supported by substantial evidence and is therefore **AFFIRMED**.  As no further matters remain pending for the Court's review, this case is **CLOSED**.

        **IT IS SO ORDERED**.

        *s/Michael R. Barrett*
        United States District Judge